Stephanie G. Chau (SBN 292699)
CARLTON FIELDS, LLP
2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
Telephone:   (310) 843-6300
Facsimile: (310) 843-6301
Email: schau@carltonfields.com

Attorneys for Defendant
ACCORDIA LIFE AND ANNUITY COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHMIDT, individually, and on Behalf of the Class,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCORDIA LIFE AND ANNUITY COMPANY, an Iowa Corporation; and DOES 1 through 300, Inclusive,<br><br>Defendants. | Case No.: 3:23-cv-01923-BEN-BGS<br><br>Assigned to the Hon. Roger T. Benitez<br>Courtroom: 5A<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 40.2 FOR DEFENDANT ACCORDIA LIFE AND ANNUTIY COMPANY**<br><br>Removal Filed: October 19, 2023<br>Pretrial Conference: Not Set<br>Trial Date: Not Set |

134288035.1

Case No.: 3:23-cv-01923-BEN-BGS

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, defendant ACCORDIA LIFE AND ANNUITY COMPANY ("Accordia"), by its undersigned counsel, hereby states as follows:

1. Pursuant to Fed. R. Civ. P. 7.1(a)(1), Accordia states that it is an Iowa insurance company that is directly wholly owned by Commonwealth Annuity and Life Insurance Company, a Massachusetts insurance company. Commonwealth Annuity and Life Insurance Company is directly wholly owned by Global Atlantic (Fin) Company, a Delaware corporation, and indirectly wholly owned by The Global Atlantic Financial Group LLC, a Bermuda limited liability company. None of these entities are publicly traded. However, KKR & Co. Inc., a publicly traded Delaware corporation, indirectly owns more than 10% of The Global Atlantic Financial Group LLC.

2. Pursuant to Fed. R. Civ. P. 7.1(a)(2), Accordia states that it is a citizen of the State of Iowa. Specifically, Accordia is an insurance company that is incorporated and existing under the laws of the State of Iowa and maintains its principal place of business in the State of Iowa.

Dated: October 19, 2023

CARLTON FIELDS, LLP
STEPHANIE G. CHAU

By: /s/ Stephanie G. Chau
    STEPHANIE G. CHAU
Attorneys for Defendant
ACCORDIA LIFE AND ANNUITY COMPANY

E-mail: schau@carltonfields.com

134288035.1

2

Case No.: 3:23-cv-01923-BEN-BGS